UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re :                                               CHAPTER 13

BRIDGETTE COPELAND-GOULD                              CASE NO.8:13-bk-10661-CPM

   Debtor(s)

### MOTION TO VALUE COLLATERAL PURSUANT TO SECTION 506 OF THE BANKRUPTCY CODE

THIS MOTION IS BROUGHT ON SAID VEHICLE **2008 DODGE CHARGER SDN. 4 DOOR , VIM # 2B3KA43G58H160695**, WHICH IS BEING FINANCE BY LEASE and RENTAL MANAGEMENT CORP. d/b/a AUTO LOAN. **WHILE THE AUTHORIZE AGENT WHO HANDLE AUTO LOAN IS THE LAW FIRM OF BOGHOSIAN & HAWKINS I/C ATTORNY GLENN BOGHOSIAN, 45 HAVERHILL STREET, ANDOVER, MASSACHUSETTS, 01810. MY ACCOUNT # 112436**.

WHEREAS THE SAID VEHICLE MEET THE CONDITION UNDER THE 910 CLAIM.

**MY 2008 DODGE CHARGER SDN. 4 DOOR** IS UP FOR VIEW FOR WHO EVER WANT TO VIEW SAID VEHICLE BY CALLING PHONE # 727-710-1318 FOR THE PURPOSE OF **VALUATION.**

WHEREFORE THE SAID VEHICLE IS NECESSARY FOR THE PURPOSES OF WORK AND DAILY NEEDS AS TRANSPORTATION.

WHILE THIS MOTION IS A CONTESTED MATTERS. IT FALL UNDER RULE 9014 AND RULE 7004..

THE SECURED CLAIM IS FOR $ 6,949.56 THE APPRAISAL FOR SAID VEHICLE IS **$ 4,680.00 FROM SUNCOAST APPRAISER, P.O. BOX 1776, LARGO, FL 34649-1726.** APPRAISAL IS ATTACHED.

I PRAY FOR THE COURT TO GRANT THIS MOTION FOR VALUATION **PURSUANT TO SECTION 506 CODE .**

I CERTIFY THAT THIS NOTICE WAS CERTIFY MAIL BOGHOSIAN & HAWKINS, I/C ATTORNEY GLENN BOGHOSIAN, 45 HAVERHILL STREET, ANDOVER, MASSACHUSETTS 01810. THIS 10th DAY OF JANUARY 2014. I ALSO MAIL THIS NOTICE WAS REGULAR US MAIL TO JON WAAGE, TRUSTEE , P.O.BOX 25001, BRADENTON, FL 34206-5001 AND CERTIFY TO AUTO LOAN I/C MARY P. HAWKINS, 45 HAVERHILL STREET , ANDOVER, MA 01810, MATRIX THIS 10th DAY OF JANUARY 2014.

_____
BRIDGETTE COPELAND-GOULD     1/10/2014